# TEXAS DEPARTMENT OF CRIMINAL JUSTICE - PAROLE DIVISION
## SISP / ELECTRONIC MONITORING PROGRAMS OFFENDER DAILY SCHEDULE

| Day and Date | HOME Out | HOME In | WORK/JOB SEARCH Time | WORK/JOB SEARCH Address | COUNSELING / EDUCATION Time | COUNSELING / EDUCATION Address | PERSONAL BUSINESS Address |
|---|---|---|---|---|---|---|---|
| Monday 2/3/03 | 6:30 | 7:00 | 6:30 | By Turner Barber 1635 Honestead Houston TX 77016 281-987-8223 | | | |
| Tuesday 2/4/03 | 6:30 | 7:00 | 6:30 | By Turner Barber 1635 Honestead Houston TX 77016 281-987-8223 | 9:00 | 10:00 | Allison Peters 1411 W. Front 113-697-680 |
| Wednesday 2/5/03 | 6:00 | 7:00 | 6:00 | Big Turner Barber 1635 Honestead Houston TX 77016 281-987-8223 | | | |
| Thursday 2/6/03 | 6:30 | 7:00 | 6:30 | By Turner Barber 1635 Homestead Houston TX 77016 281-987-8223 | | | |
| Friday 2/7/03 | 6:30 | 7:00 | 6:30 | By Turner Barber 1635 Homestead Houston TX 77016 281-987-8223 | | | |
| Saturday 2/8/03 | | | | No Activity | | | |
| Sunday 2/9/03 | | | | No Activity | | | |

I have read my daily schedule and I am aware that I am expected to be home, work, counseling / educational programs, or attending to approved personal business as noted above.

Releasee's Printed Name / TDCJ# / Home Address: __Washington__    Releasee's Signature ____    Date 1-28-03

_____ Signature ____    Date 1-28-03

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE - PAROLE DIVISION
## SISP / ELECTRONIC MONITORING PROGRAMS OFFENDER DAILY SCHEDULE

| Day and Date | HOME Out | HOME In | WORK/JOB SEARCH Time | WORK/JOB SEARCH Address | COUNSELING/EDUCATION PERSONAL BUSINESS Time | COUNSELING/EDUCATION PERSONAL BUSINESS Address |
|---|---|---|---|---|---|---|
| Monday 2/3/03 | 8:00 | | | No Activity | | |
| Tuesday 2/4/03 | 8:00 | 7:00 | 8:30 | Big Tyner Barber 1635 Homestead Houston Tx 77016 281-987-8223 | 8:30 | Hooser Y. DPO 5100 N. Sw Houston 281-987-000 |
| Wednesday 2/5/03 | 8:00 | 7:00 | 10:00 | Big Tyner Barber 1635 Homestead Houston Tx 77016 281-987-8223 | 9:00 | Allan Pecan 441 N. Front 713-697-6800 |
| Thursday 2/6/03 | 8:00 | 7:00 | 8:30 | Big Tyner Barber 1635 Homestead Houston Tx 77016 281-987-8223 | | |
| Friday 2/7/03 | 9:30 | 7:00 | 9:00 | Big Tyner Barber 1635 Homestead Houston Tx 77016 281-987-8223 | | |
| Saturday 2/8/03 | | | | No Activity | | |
| Sunday 2/9/03 | | | | No Activity | | |

I have read my daily schedule and I am aware that I am expected to be home, work, counseling/educational programs, or attending to approved personal business as noted above.

Releasee's Printed Name/TDCJ# / Home Address: Wright Trenton

Releasee's Signature: _____ Date: 1-28-03

Date: 1-28-03

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE - PAROLE DIVISION
## SISP / ELECTRONIC MONITORING PROGRAMS OFFENDER DAILY SCHEDULE

| Day and Date | HOME | | WORK/JOB SEARCH | | COUNSELING/EDUCATION/PERSONAL BUSINESS | |
|---|---|---|---|---|---|---|
| | Out | In | Time | Address | Time | Address |
| Monday 3/17/03 | 9p | | | No Activity | | |
| Tuesday 3/8/03 | 8a | 9p | 6a-6p | Bay Tymer 635 Hoverstead Houston TX 281-987-8205 | 6:30-5:30 | Houston CASO 5505 RD Science Dr 281-987-0001 |
| Wednesday 3/9/03 | 8a | 9p | 6a-6p | Bay Tymer 635 Hoverstead Houston TX 281-987-8205 | 11:30 am-12 pm | Actioning [illegible] 281-[illegible] |
| Thursday 3/20/03 | 8a | 9p | 9:00a-4:00p | Bay Tymer 635 Hoverstead Houston TX 281-987-8205 | 1:30-3:30 | Thunderbird Red 7000 Easter Ferry 281-448-4177 |
| Friday 3/21/03 | 8a | 9p | 9:00a | Bay Tymer 281-987-8205 Houston TX | | |
| Saturday 3/22/03 | 9p | | | No Activity | | ADA Church |
| Sunday 3/23/03 | 9p | | | | | |

I have read my duly schedule and I am aware that I am expected to be home, work, counseling / educational programs, or attending to approved personal/business as noted above.

Releasee's Printed Name/ TDCJ# / Home Address _____ Date 3-11-03

Releasee's Signature _____ Date 3-11-03

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE - PAROLE DIVISION
## SISP / ELECTRONIC MONITORING PROGRAMS OFFENDER DAILY SCHEDULE

| Day and Date | HOME | | WORK/JOB SEARCH | | | COUNSELING / EDUCATION PERSONAL BUSINESS | | |
|---|---|---|---|---|---|---|---|---|
| | Out | In | Time | Address | | Time | Address | |
| Monday 3/24/03 | 5P | | | No Activity | | 6P | 5P Houston (sic) 281-587-0001 | |
| Tuesday 3/25/03 | 10P | 7P | 10A-6P | Bus Turner 1435 Homestead Houston TX 281-987-8005 | | | | |
| Wednesday 3/26/03 | 8P | 8A | 10A-6P | Bus Turner 11755 Homestead Houston TX 281-987-8005 | | | | |
| Thursday 3/27/03 | 10P | 7A | 10A-6P | Bus Turner 11755 Homestead Houston TX 281-987-8005 | | | | |
| Friday 3/28/03 | 10P | 7A | 10A-6P | By Turner 11755 Homestead Houston TX 281-987-8005 | | | | |
| Saturday 3/29/03 | | | | No Activity | | | | |
| Sunday 3/30/03 | | | | No Activity | | | | |

I have read my daily schedule and I am aware that I am expected to be home, work, counseling / educational programs, or attending to approved personal business as noted above.

Releasee's Printed Name/TDCJ# / Home Address _____ Releasee's Signature _____ Date 3-18-03



NO: 5 PAGE 5

RE: Writ No. WR-38,283-04
STYLE: Sophus, Clyde E.
TRIAL CT NO: 463357-A
4/6/2005

This is to advise that the Court has dismissed without written order the application for writ of habeas corpus. See TEX. GOV'T CODE SECTION 501.0081(b)-(c).

Troy C. Bennett, Jr.

Clyde E. Sophus
Garza West - TDC #444590
HC02 Box 995
Beeville, TX 78102

---

NO: 5 PAGE 5

RE: Writ No. MR-38,283-05
STYLE: Sophus, Clyde E.
TRIAL CT NO: 437353-A
4/6/2005

This is to advise that the Court has dismissed without written order the application for writ of habeas corpus. See TEX. GOV'T CODE SECTION 501.0081(b)-(c).

Troy C. Bennett, Jr.

Clyde E. Sophus
Garza West - TDC #444590
HC02 Box 995
Beeville, TX 78102

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

NO: 5 PAGE 5

RE: Writ No. WR-38,283-05
STYLE: Sophus, Clyde E.
TRIAL CT NO: 463354-A
4/6/2005



This is to advise that the Court has dismissed without written order the application for writ of habeas corpus. See TEX. GOV'T CODE SECTION 501.0081(b)-(c).

Troy C. Bennett, Jr.

Clyde E. Sophus
Garza West - TDC #444590
HC02 Box 995
Beeville, TX 78102

02