| United States District Court | Southern District of Texas |
|---|---|

| | |
|---|---|
| Clyde E. Sophus,<br><br>    Petitioner,<br><br>versus<br><br>Doug Dretke,<br><br>    Respondent. | §<br>§<br>§<br>§<br>§   Civil Action H-05-1694<br>§<br>§<br>§<br>§ |

## Order of Adoption

On August 22, 2005, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation (10), to which no objections have been filed.[1] After considering the record and the applicable law, the court adopts the Memorandum and Recommendation as this court's Memorandum and Order.

Signed  10 · 19  , 2005, at Houston, Texas.

Lynn N. Hughes
United States District Judge

---

[1] The day after the Memorandum and Recommendation was issued, Petitioner filed a change of address. The Memorandum and Recommendation was sent to Petitioner's new address on September 7, 2005.