| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

CLYDE E. SOPHUS, §
§
    Petitioner, §
§
versus §    CIVIL ACTION H-05-1694
§
DOUG DRETKE, §
§
    Respondent. §

## Final Judgment

Clyde E. Sophus's application is denied.

Signed ____Oct. 19____, 2005, at Houston, Texas.

Lynn N. Hughes
United States District Judge